UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEVIN CASSADY, | ) | |
|        Plaintiff, | ) | |
| | ) | No. 1:21-cv-717 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| DANIEL LOEPP and | ) | |
| BLUE CROSS BLUE SHIELD, | ) | |
|        Defendants. | ) | |
| | ) | |

## JUDGMENT

The Court has dismissed all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: October 18, 2021                          /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                United States District Judge