UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEVIN CASSADAY, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:21-cv-717 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| DANIEL LOEPP and | ) | |
| BLUE CROSS BLUE SHIELD, | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER VACATING JUDGMENT

On October 18, 2021, this Court entered an order dismissing a report and recommendation and two motions to dismiss. (ECF No. 16.) The order also dismissed the amended complaint for failure to state a claim. (*Id.*) The Court contemporaneously entered judgment. (ECF No. 17.)

Between the time that the Court drafted the order and judgment and the time the order and judgment entered, the Clerk docketed Plaintiff's supplement to the amended complaint. (ECF No. 15.) The Court has reviewed the supplement and will exercise its inherent authority.

In order to address the supplement, the Court **VACATES** the Judgement. (ECF No. 17.)

**IT IS SO ORDERED.**

Date:   October 20, 2021                                  /s/  Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              United States District Judge