UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN CASSADAY,                    )<br>            Plaintiff,        )<br>                                    )<br>-v-                                 )<br>                                    )<br>DANIEL LOEPP and                    )<br>BLUE CROSS BLUE SHIELD,             )<br>            Defendants.    )<br>                                    ) | No. 1:21-cv-717<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims and other matters. As required by Rule 15 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:    October 20, 2021                                /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge